PROPOSED ORDER/COVER SHEET

TO: Honorable Bernard Zimmerman
U.S. Magistrate Judge

RE: VILANOVA, Willy

FROM: Roy Saenz, Chief
U.S. Pretrial Services Officer

DOCKET NO.: 3:11-MJ-71416-EDL

DATE: January 5, 2012

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Betty A. Kim, Supervising
U.S. PRETRIAL SERVICES OFFICER

(510) 637-3756
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

JUDICIAL OFFICER          9/Jan '12
                          DATE

Cover Sheet (2/07/2011)